UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | |
|---|---|
| STEVEN GARCIA,<br>  a/k/a/ STEVE GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>GREGORY KIZZIAH, *Warden*,<br><br>    Respondent. | Civil No. 16-219-KKC<br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** that:

1. Steven Garcia's petition for a writ of habeas corpus [R. 1] is **DENIED**.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. Judgment is **ENTERED** in favor of the Respondent.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated June 29, 2017.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY